JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINGA RUDOLPH JONES, | Case No. CV 12-436 CJC (MRW) |
|         Petitioner, | |
|    vs. | JUDGMENT |
| TIM VIRGA, Warden, | |
|         Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 27, 2012

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE